UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LELAND FOSTER**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>**Shiv Shakti Lodging, LLC.**, a Michigan limited liability company,<br><br>　　　　　Defendant. | Case No. 1:16-cv-1428<br><br>Magistrate Judge Ellen S. Carmody |

## STIPULATION

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  Dec 28, 2017　　　　　　　Dated:  Dec 28, 2017

\s\ Owen B Dunn Jr　　　　　　　　/s/ Kevin A. Fanning
Owen B. Dunn, Jr., Esq. (P66315)　　Kevin A. Fanning
Law Office of Owen B. Dunn, Jr.　　CLARK HILL
4334 W. Central Avenue, Suite 222　151 S Old Woodward | Suite 200
Toledo, OH 43615　　　　　　　　Birmingham, Michigan 48009
(419) 241-9661 – Phone　　　　　　Email: kfanning@clarkhill.com
 (419) 241-9737 - Facsimile
dunnlawoffice@sbcglobal.net　　　　and

and　　　　　　　　　　　　　　　Grant M. Gaines, Esq.
　　　　　　　　　　　　　　　　PATEL GAINES, PLLC
Valerie J. Fatica (0083812)　　　　　14414 Blanco Road, Suite 320
4334 W. Central Avenue, Suite 222　San Antonio, Texas 78216
Toledo, OH 43615　　　　　　　　E-mail: ggaines@patelgaines.com
(419) 654-1622 - Phone

## ORDER

Pursuant to the above Stipulation,

IT IS ORDERED that this matter is dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated:   December 29          , 2017        /s/ Ellen S. Carmody
                                                                       Honorable Ellen S. Carmody
                                                                       United States Magistrate Judge